UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN RAZZOLI,<br><br>       Plaintiff,<br><br> -against-<br><br>US ATTORNEY EXCUTIVE OFFICE, ET AL.,<br><br>       Defendants. | 21-CV-4138 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 17, 2021, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's claims arising from his June 2016 Hunts Point Market arrest are dismissed without prejudice to Plaintiff's pursuing these claims in his pending action under docket number 16-CV-7136 (LGS).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 17, 2021
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge